# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133360(61)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 133360
COA: 263300
Berrien CC: 2004-404393-FC

RODNEY ALLAN HUBBARD,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 28, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

d1217